UNITED STATES DISTRICT COURT
Eastern District of Texas



FILED
NOV 02 2018

David J. Bradley, Clerk of Court

CRAIG CUNNINGHAM, Pro-se        )
                                )
    *Plaintiff*                 )
                                ) CIVIL ACTION NO.:
v.                              )                                  )
                                )
Enagic et al                    )

    *Defendants.*

## Plaintiff's Request to Domesticate a foreign Judgment

1. To the Clerk

2. Please domesticate this judgment in your district. Enclosed is a certified copy of the judgment and a money order for $47 and return a file stamped copy to the address below.

*Craig Cunningham*
Plaintiff.

3000 Custer Road, ste 270-206 Plano, Tx 75075, 615-348-1977