UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: [signature]
Deputy Clerk

CRAIG CUNNINGHAM,

        Plaintiff,

v.

THE 7 FIGURE WEALTH CORPORATION,
CHRISTIAN KINNEY, CORAZON
MANAGEMENT GROUP, INC., SUSIE
TREMBLAY-BROWN, MULTIPLEX
SYSTEMS, INC., MY MINDS EYE, LLC,
and JL NET BARGAINS, INC.,

        Defendants.
_____/

Civil Case Number 15-00847
Honorable David M. Lawson
Magistrate Judge Barbara D. Holmes

## SECOND CORRECTED JUDGMENT

In accordance with the opinion and order granting in part the plaintiff's motion for default judgment entered on August 15, 2017,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of defendants damages in a total amount of $259,500 apportioned as follows: defendants Christian Kinney and The 7 Figure Wealth Corporation are jointly and severally liable to the plaintiff for $22,500; defendants JL Net Bargains, Inc., Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $3,000; defendants Corazon Management Group, Inc., Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $33,000; defendants My Minds Eye, LLC, Susie Tremblay-Brown, and Multiplex Systems, Inc. are jointly and severally

liable to the plaintiff for $6,000; and defendants Susie Tremblay-Brown and Multiplex Systems, Inc. are jointly and severally liable to the plaintiff for $195,000.

                                                    s/David M. Lawson  
                                                    DAVID M. LAWSON  
                                                    United States District Judge  
                                                    Sitting by special designation

Dated: January 16, 2018