United States Courts
Southern District of Texas
FILED

MAR 20 2019

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas

) Craig Cunningham
) Plaintiff, Pro-se
)
) v.            CIVIL ACTION NO. 4:18-cv-00043-ALM-CAN
)
) The 7 Figure Wealth Corporation et al
)   Defendants.
)
) Smart Financial Credit Union, Garnishee
) Comerica Bank, Garnishee
) Oscar Leroy Kinney, Garnishee

## Plaintiff's Notice of Non-suit for garnishees Smart Financial Credit Union and Comerica Bank

1. To the honorable US District Court:

2. The Plaintiff hereby non-suits the garnishees Comerica Bank and Smart Financial Credit Union from this action.

Craig Cunningham
3000 Custer Road, Ste 270-206 Plano, Tx 75075
615-348-1977 2/13/2019

United States District Court
Southern District of Texas

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)        v.                       CIVIL ACTION NO. 4:18-cv-00043-ALM-CAN
)
) The 7 Figure Wealth Corporation et al
)   Defendants.
)
) Smart Financial Credit Union, Garnishee
) Comerica Bank, Garnishee
) Oscar Leroy Kinney, Garnishee

## Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the following via USPS First Class mail on 12/26/2018:

Oscar L Kinney 29326 Turnbury Village Dr., Spring, Tx 77386

Smart Financial Credit Union PO box 920719, Houston, Tx 77292

Comerica Bank 6417 Woodlands Parkway, Spring Tx 77381

Craig Cunningham
3000 Custer Road, ste 270-206 Plano, Tx 75075
615-348-1977 3/15/2019