UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Craig Cunningham, § § Plaintiff, § § versus § § The 7 Figure Wealth Corporation, *et al.*, § § Defendants, § § Smart Financial Credit Union, *et al.*, § § Garnishees. § | Miscellaneous Action H-18-3099 |

## Order Vacating Writ

1. Craig Cunningham has not contested Comerica Bank's answer. The writ has served its purpose, yielding no money.

2. Plaintiff's corrected application for writ of garnishment and motion for *ex parte* temporary restraining order are denied as moot. (6, 7)

3. The writ is vacated.

Signed on May 31, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge